# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NORTH DAKOTA

In re *Donny Lee Edward Lill*         Case No.
    *and*        Chapter *13*
    *Tanya Rae Lill*

_____/ Debtors

Attorney for Debtor: *Keith J. Trader*

## CHAPTER 13 PLAN

### 1. FUNDING OF PLAN
The debtor shall commit the following future earnings, property, or other income to the custody and control of the standing trustee to fund the chapter 13 plan:

Debtor's Net Monthly Income:
- Husband & Wife's Monthly Take Home: $ *3,813.19*
- Less Expenses: $ *3,474.48*
- SURPLUS: $ *338.71*

Plan Payment:
The debtor(s) to pay: $ *335.00 monthly* for *60 Months*
Total Payments: $ *20,100.00*

### 2. DURATION
It is proposed that payments shall be made over a period of *60* months.

### 3. PAYMENTS TO THE TRUSTEE SHALL BE MADE FROM
[X] Direct Payments from Debtor(s)
[ ] Debtor's Employer

From the payments so received, the trustee shall make disbursements as follows:

### 4. ADMINISTRATIVE COSTS
Trustee's Compensation: *9.00 %*

Attorney's Fee
- Prepaid Portion $ *1,250.00*
- Pay Through Plan $ *1,500.00*
- Total Attorney Fee $ *2,750.00*

| Paid Through Plan | TOTAL | MONTHS | MONTHLY PAYMENT |
|---|---|---|---|
| Monthly Installments | $ 1,500.00 | Month 1- 7 | $ 200.00 |

Page *1* of *4*

|  | TOTAL | MONTHS | MONTHLY PAYMENT |
|---|---|---|---|
|  |  | Month  8 | $  100.00 |

### 5. PAYMENTS TO PRIORITY CLAIMS

The debtor shall make full payment in deferred cash payments of all claims entitled to priority under 11 U.S.C. 507, as follows:

*None*

### 6. PAYMENTS TO SECURED CLAIMS

Holders of allowed secured claims shall retain the liens securing such claims and shall be paid as shown. Payments towards deficiencies on undersecured claims are listed with the Unsecured Claims. Payments towards arrearages on fully secured claims are listed under Arrearages.

*None*

### 7. ARREARAGES ON SECURED CLAIMS

*None*

### 8. PROPERTIES TO BE SURRENDERED

The debtor shall surrender the collateral securing the claims of the following creditors in satisfaction of the secured portion of such creditors' allowed claims. To the extent that the collateral does not satisfy such a creditor's claim, the creditor shall hold a nonpriority, unsecured claim.

| CREDITOR | AMOUNT CLAIMED | VALUE OF COLLATERAL |
|---|---|---|
| *Chase Washington Mutual* | $ 113,580.65 | $ 140,000.00 |
| *Green Tree* | $  37,019.72 | $ 140,000.00 |
| *HSBC Kawasaki* | $  10,191.41 | $   8,000.00 |

## 9. LIEN AVOIDANCE

The following liens shall be avoided pursuant to 11 U.S.C. 522(f), or other applicable sections of the Bankruptcy Code:

*None*

## 10. PAYMENTS TO GENERAL UNSECURED CLAIMS

General unsecured claims shall be paid pro rata at _30.00_ % of their claims, after all other claims are paid. Unsecured claims shall receive not less than the amount that would be paid on each claim if the estate were liquidated under Chapter 7.

## 11. EXECUTORY CONTRACTS

The following executory contracts of the debtor are accepted:

*None*

The following executory contracts of the debtor are rejected:

*None*

## 12. DIRECT PAYMENTS

The debtor shall make regular payments directly to the following creditors:

### CREDITOR

*General Mills Federal*
*Hewitt Associates LLC*
*Hewitt Associates LLC*

## 13. OTHER PROVISIONS

*Debtors shall make payments directly to Mr. Wayne Drewes, PO Box 2783, Fargo, ND 58108-2783. Debtors reserve the right to cure any default within 30 days. Debtors will turn over future tax refunds and disposable income during the plan.*

Page _3_ of _4_

14. REVESTMENT

Upon confirmation of the Plan, all property of the estate shall vest in the debtor pursuant to 11 U.S.C. 350 (or possibly 11 U.S.C. 1327(b)). The debtor shall remain in possession of all property of the estate during the pendency of this case unless specifically provided herein (11 U.S.C. 1306(b)). All secured creditors shall retain the liens securing their claims unless otherwise stated.

DATED: 05-20-2011

DEBTOR: Donny Lee Edward Lill
421 Langer Ave. S.
Casselton ND 58012

DEBTOR: Tanya Rae Lill

NAME OF LAW FIRM: Keith J. Trader - Attorney at Law

ATTORNEY: Keith J. Trader
2534 S. University Dr., Ste. 5
P.O. Box 9373
Fargo ND 58106-9373
(701) 492-8853

## LIQUIDATION ANALYSIS

| PROPERTY | MARKET VALUE | LIENS | DEBTOR'S EQUITY | EXEMPT AMOUNT | BALANCE |
|---|---|---|---|---|---|
| Real Property | $140,000.00 | $140,000.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Deposits of money with banks, etc | $ 2,355.00 | $ 0.00 | $ 2,355.00 | $ 2,355.00 | $ 0.00 |
| Household goods and furnishings | $ 1,200.00 | $ 0.00 | $ 1,200.00 | $ 1,200.00 | $ 0.00 |
| Wearing apparel | $ 500.00 | $ 0.00 | $ 500.00 | $ 500.00 | $ 0.00 |
| Firearms and other hobby equipment | $ 250.00 | $ 0.00 | $ 250.00 | $ 250.00 | $ 0.00 |
| Interests in insurance policies | $ 4,051.06 | $ 0.00 | $ 4,051.06 | $ 4,051.06 | $ 0.00 |
| Interests in pension plans, etc... | $ 28,863.79 | $ 0.00 | $ 28,863.79 | $ 28,863.79 | $ 0.00 |
| Automobiles, trucks, trailers, etc... | $ 16,000.00 | $ 11,983.31 | $ 4,016.69 | $ 4,016.69 | $ 0.00 |
| Office equipment, furnishings, etc... | $ 200.00 | $ 0.00 | $ 200.00 | $ 200.00 | $ 0.00 |
| Animals | $ 700.00 | $ 0.00 | $ 700.00 | $ 700.00 | $ 0.00 |
| Any other personal property | $ 125.00 | $ 0.00 | $ 125.00 | $ 125.00 | $ 0.00 |
| TOTAL: | $ 194,244.85 | $ 151,983.31 | $ 42,261.54 | $ 42,261.54 | $ 0.00 |

Summary of Liquidation Results

| | |
|---|---|
| Amount Available on Liquidation: | $ 42,261.54 |
| Less Exempted Amounts: | $ 42,261.54 |
| Less Liquidation Expenses: | $ 0.00 |
| Less Administrative Fees: | $ 0.00 |
| Remaining Balance: | $ 0.00 |
| Payments to Priority Claims: | $ 0.00 |
| Available to General Unsecured: | $ 0.00 |
| Total of General Unsecured under Chapter 7: | $ 59,594.80 |
| Percent Distribution under Chapter 7: | 0.00 % |

Page 1 of 1