TRUSTEE'S REPORT AND RECOMMENDATION

WAYNE DREWES, TRUSTEE
PO BOX 2783
FARGO, ND  58108

Donny Lee Edward and Tanya Rae Lill

Case No. 11-30571

A. PLAN PAYMTS. TO UNSECURED CREDITOR(S)
   1. Unsecured Claims       46,803.02
      Undersecured Claims    _____
      TOTAL Unsecured        46,803.02
      Projected Payments     16,800.00
      Projected Payments %   35.9

   2. Payment
      a. Total to be Paid  $20,100
      b. Frequency         $335/mo.
      c. Starts            7-21-11
      d. Trustee's Commission:
         ( ) Add to Paymt. Above
         (X) Included in Paymt. Above

   3. Debtor(s) Offer:
      a. Disposable Income for  5  years. Start  7-21-11   End  6-21-16
      b. Provide Annual Tax Return for years  2011  Thru 20 15 .

B. The Plan complies with the provisions of Chapter 13 and with other applicable provisions of this title.

C. The Plan is proposed in good faith and not by any means forbidden by Law.

D. The Plan appears to be the best efforts of the Debtor(s).

E. Just cause exists to extend the Plan from three (3) years to a period of time not to exceed five (5) years, in order to pay the creditors pursuant to the Plan.

F. The unsecured creditors will receive more in this Chapter 13 Bankruptcy than they would if the case were a Chapter 7 Bankruptcy.

G. The unsecured creditors will have the potential to receive more in this Chapter 13 Bankruptcy than they would if this case were a Chapter 7 Bankruptcy because the Debtor(s) have offered to pay all of their net disposable income over the life of the Plan, pursuant to 11 U.S.C. §1325(b)(1)(B).

H. The Debtors will be able to make all payments under the Plan to comply with the Plan (feasibility).

DEBTORS SHALL PAY ALL ADMINISTRATIVE COSTS INCLUDING CLERK'S NOTICING FEES & COSTS EXCEPT FOR FEES INCURRED AT THE REQUEST OF THE CHAPTER 13 TRUSTEE.

THE CHAPTER 13 TRUSTEE'S OBJECTIONS (HAVE) HAVE NOT BEEN RESOLVED.

Dated this  21st  day of  July , 2011 .

_____
WAYNE DREWES
Chapter 13 Bankruptcy Trustee

( ) Original Court
( ) Copy File
( ) Copy Debtors
( ) Copy Debtors' Attorney
( ) U.S. Trustee

X _____
Debtor

_____
Debtor

_____
Attorney for Debtor(s)