B230B (Form 230B) (08/07)

# United States Bankruptcy Court
District Of  North Dakota

In re  Donny Lee Edward Lill and Tanya Rae Lill          Case No. 11-30571
       **Debtor***
Address:  421 Langer Ave. S.                             Chapter 13
          Casselton, ND 58012

Last four digits of Social-Security or Individual Taxpayer-
Identification (ITIN) No(s).,(if any):  0747 / 7184
Employer Tax-Identification (EIN) No(s).(if any):

## ORDER CONFIRMING CHAPTER 13 PLAN

The debtor's plan was filed on  May 31, 2011  (date), and was modified on _____ (date).  The plan or a summary of the plan was transmitted to creditors pursuant to Bankruptcy Rule 3015. The court finds that the plan meets the requirements of 11 U.S.C. § 1325.

IT IS ORDERED THAT:

The debtor's chapter 13 plan is confirmed, with the following provisions:

1. Payments:
   Amount of each payment:   $  335.00

   Due date of each payment: the  ☐ _____ day of each month, or
                                  ☐ _____

   Period of payments:   ☑  60  months,
                         ☐ until a _____ % dividend is paid to creditors holding allowed unsecured claims, or
                         ☐ _____

   Payable to:
   Wayne Drewes                          Standing Trustee
   P.O. Box 2783
   Fargo, ND 58108-2783

2. Attorney's Fees:
   The debtor's attorney is awarded a fee in the amount of $  2,750.00  , of which $  1,500.00  is due and payable from the estate.

3. [Other provisions as needed] _____

August 12, 2011                /s/ WILLIAM A. HILL
      Date                          Bankruptcy Judge

*Set forth all names, including trade names, used by the debtor(s) within the last 8 years. For joint debtors, set forth the last four digits of both social-security numbers or individual taxpayer-identification numbers.*